

**ORDERED in the Southern District of Florida on May 15, 2009.**

_____
A. Jay Cristol, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| FALCON AIR EXPRESS, INC., | : | Case No. 06-11877-BKC-AJC |
| MAJEL AIRCRAFT LEASING CORP., | : | Case No. 06-11878-BKC-AJC |
| | : | |
| Debtors. | : | (Jointly Administered Under |
| _____/ | | Case No. 06-11877-BKC-AJC) |

**ORDER DISMISSING MAJEL AIRCRAFT LEASING CORP. CASE NO. 06-11878**

This matter came before the court on May 13, 2009 on a status conference pursuant to the Ex-Parte Motion of the United States Trustee for a Status Conference With Regard to Majel Aircraft Leasing Corp. ("Majel"). The Court having reviewed the record in this case, being advised that Majel was a holding company of Falcon Air Express, Inc. ("Falcon") and does not presently have any assets or operations, having heard arguments of the United States Trustee and counsel for Kenneth A. Welt, Liquidating Trustee of the Liquidating Trust of Falcon ("Liquidating Trustee"), and as further stated on the record it is,

1. **ORDERED** that the case of Majel is **DISMISSED** with prejudice to the filing of a petition under any chapter of the United States Bankruptcy Code for a period of 180 days from the date of this Order; and it is further

2. **ORDERED** that the Liquidating Trustee shall pay the United States Trustee the appropriate sum required pursuant to 28 U.S.C. Section 1930(a)(6) within ten (10) days of the entry of this Order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements for the relevant period since the period reported on the last debtor-in-possession report filed by Majel, and it is further

3. **ORDERED** that the Liquidating Trustee shall pay the Bankruptcy Clerk of the Court any outstanding fees, costs and charges in connection with this case within ten (10) days of the entry of this Order, and it is further

4. **ORDERED** that this Court shall retain jurisdiction to enforce the provisions of this Order.

# # #

Submitted by:

Johanna P. Armengol
Trial Attorney
United States Department of Justice
Office of the United States Trustee
51 S.W. First Avenue, Suite 1204
Miami, Florida  33130
Telephone (305) 536-7285
Facsimile  (305) 536-7360
johanna.armengol@usdoj.gov


cc:
    Robert A. Schatzman, Esq.

**ALL CREDITORS AND PARTIES IN INTEREST (BY CLERK'S OFFICE)**